IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-190-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | RELATED CASE ORDER |
| | ) | |
| JAIME VAN TONGEREN; TONY HAMMETT;<br>MARGARITO ALBERTE | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | 2:08-cr-191-EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARGARITO ALBERTE, NICHOLAS<br>IZARRARAS; PRETTY LE, | ) | |
| | ) | |
| Defendants. | ) | |

On May 8, 2008, the United States filed a "Notice of Related Cases" document in which it states the above cases are related under Local Rule 83-123 since "[t]he cases were the result of a single investigation and Margarito Alberte is a defendant in each case.

1      Examination of the cases reveals they are related within
2  the meaning of Local Rule 83-123(a).  Accordingly, the assignment
3  of the matters to the undersigned judge is likely to achieve
4  judicial economy.

5      IT IS THEREFORE ORDERED that action 2:08-cr-191-EJG is
6  reassigned to Judge Garland E. Burrell, Jr. for all further
7  proceedings.  Henceforth, the caption on documents filed in the
8  reassigned case shall show the initials "GEB" instead of the other
9  judge's initials.  All dates in the reassigned case are vacated.

10     IT IS FURTHER ORDERED that the Clerk of the Court make
11 appropriate adjustment in the assignment of criminal cases to
12 compensate for this reassignment.

13     IT IS SO ORDERED.

14 Dated:  May 15, 2008

15

16 _____
   GARLAND E. BURRELL, JR.
17 United States District Judge

18

19

20

21

22

23

24

25

26

27

28